Record No. 13-1071
UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| GEORGE COOPER SR., and GEORGE COOPER JR. | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | From The Eastern District Of North Carolina |
| BRUNSWICK COUNTY SHERIFF'S DEPARTMENT, JAMES SHEEHAN, BRIAN CARLISLE, RONALD HEWETT, DAVID CROCKER, GENE CAISON, KEVIN HOLDEN, and JOHN INGRAM, | ) ) ) ) ) ) ) ) ) ) | 7:10-CV-00014 |
| Defendants. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEFENDANT-APPELLANTS' MOTION FOR LEAVE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOW COME the defendant-appellants, James Sheehan and Brian Carlisle, by and through counsel, and move this Honorable Court, in accordance with Rule 28(b) of the Fourth Circuit Rules of Appellate Procedure, for leave to file a physical exhibit as an additional item attached to the Joint Appendix. The

defendant-appellants move to file the CD attached as the exhibit to the Affidavit of Mark Francisco. Said CD and exhibit was filed with the District Court with the defendant's motions for summary judgment. Said CD contains audio files with the radio transmissions of the Brunswick County 911 center on May 2, 2007, was considered by the District Court and referred to in its summary judgment order, is referenced in the defendant-appellants' brief, and is public record.

The defendant-appellants therefore move this Court to allow said CD to be deemed an exhibit to the Joint Appendix. Copies of said CD have been furnished to the Court and counsel for the plaintiff.

This the 25th day of March, 2013.

    /s/ Christopher J. Geis
Christopher J. Geis, NCSB No. 25523
Jamie A. Dean, NCSB No. 39623
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, N.C. 27101
Telephone: (336) 721-3543
Facsimile: (336) 726-2221
E-Mail: cgeis@wcsr.com
*Attorneys for Defendant-Appellants*

2

# CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2013, I electronically filed the foregoing **DEFENDANT-APPELLANTS' MOTION FOR LEAVE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

ADDRESSEE(S):

Robert M. Tatum
Laura E. Conner
Tatum & Atkinson, PLLC
702 Glenwood Avenue
Raleigh, NC 27605
Telephone:  919-341-8347
Fax:  919-829-0006
*Attorneys for Plaintiffs*
rtatum@tatumatkinson.com
lconner@tatumatkinson.com


/s/ Christopher J. Geis
CHRISTOPHER J. GEIS
*Attorneys for Defendant-Appellants*
WOMBLE CARLYLE SANDRIDGE & RICE
*A Professional Limited Liability Company*
One West Fourth Street
Winston-Salem, NC 27101
Telephone:  (336) 721-3600
Fax:  (336) 726-2221
Email: cgeis@wcsr.com
North Carolina State Bar No. 25523